UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

WVF Acquisition, LLC
f/k/a WV Fiber Acquisition, LLC                           Chapter 11

      Debtor.                                                 Case No.: 09-30483-EPK
_____/

### BALLOT AND DEADLINE FOR FILING BALLOT ACCEPTING OR REJECTING PLAN

*TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT BY THE DEADLINE INDICATED BELOW [AS SET PURSUANT TO LOCAL RULE 3018-1(B)]*

*The Chapter 11 Plan of Reorganization filed by WVF Acquisition, LLC f/k/a WV Fiber Acquisition, LLC on January 25, 2010 can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the plan. In the event the requisite acceptances are not obtained, the court may nevertheless confirm the plan if the court finds that the plan accords fair and equitable treatment to the class rejecting it.*

*This ballot is for creditor, **Jim Bellinson**, for the following type of claim placed in the indicated class in the indicated amount:*

| TYPE OF CLAIM* | CLASS IN PLAN | AMOUNT OF CLAIM |
|---|---|---|
| X General Unsecured Claim | 3 | $ 119,112.37 |
| ☐ Convenience Claim | 4 | $ |

The undersigned [Check One Box]   ☒ Accepts   ☐ Rejects

the plan for reorganization of the above-named debtor.

Signed: _____

U. S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA-WPB

MAR 1 8 2010

FILED _____ RECEIVED _____

{1037/000/00027459 }

Print Name: **Jim Bellinson**

Phone: 248-318-2610

Date: 3-10-2010

★★★FILE THIS BALLOT ON OR BEFORE <u>MARCH 11, 2010</u>★★★ with:

■ Clerk of Bankruptcy Court, 1515 North Flagler Drive, Room 801, West Palm Beach, Florida 33401; **AND**
■ Bernice Lee, Esq., Shraiberg, Ferrara & Landau, P.A., 2385 NW Executive Center Drive, #300, Boca Raton, Fl 33431

**If you have more than one type of claim against this debtor, separate ballots must be filed and you should receive a ballot for each type of claim eligible to vote. Contact the plan proponent regarding incorrect or insufficient ballot(s).**

{1037/000/00027459 }