

## ORDERED in the Southern District of Florida on April 07, 2010.

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

WVF Acquisition, LLC
f/k/a WV Fiber Acquisition, LLC                     Chapter 11

    Debtor.                                              Case No.: 09-30483-EPK
_____/

### ORDER GRANTING DEBTOR'S OBJECTION TO CLAIM OF PETER MARCUM

**THIS MATTER** came before the Court upon WVF Acquisition, LLC f/k/a WV Fiber Acquisition, LLC (the "**Debtor**") *Objection to Claim of Peter Marcum* (the "**Objection**") [D.E. 149], and the *Debtors' Certificate of No Response and Request for Entry of an Order* [D.E. 243]. Having reviewed the Debtor's Objection and the Debtor's Certificate of No Response, finding that the Objection is fair and reasonable, and the Court being otherwise fully advised in the premises, it is hereby:

    **ORDERED AND ADJUDGED:**

    1.    The Debtor's Objection is **GRANTED** as to Peter Marcum's claim.

    2.    Any claim by Peter Marcum is stricken and disallowed in its entirety.

3. The Court reserves jurisdiction to enforce the terms of this Order.

# # #

**SUBMITTED BY:**
Bradley S. Shraiberg, Esq.
Counsel for the Debtor
2385 N.W. Executive Center Drive, Suite 300
Boca Raton, Florida 33431
Telephone: (561) 443-0800
Facsimile: (561) 998-0047

Copy to: Bradley S. Shraiberg, Esq., 2385 NW Executive Center Dr., Suite 300, Boca Raton, FL 33431.
[Attorney Shraiberg is directed to serve a copy of this Order upon all interested parties.]